## Salter v. The State.

APPEAL from Conecuh Circuit Court.

Tried before Hon. J. R. TYSON.

FARNHAM & CRUM, for appellants.

W. C. FITTS, Attorney-General, *contra*.

The defendant was tried and convicted of violating the revenue laws of the State. Judgment reversed, and cause remanded.

Opinion by McCLELLAN, J.